In re __Pinnacle Development Number 19, L.P.__  
Debtor(s)

Case No. __11-10628__  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Pinnacle Development Number 19, L.P.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 24, 2011__  
Date

__/s/ Michael C. Fallon SBN__  
__Michael C. Fallon SBN 088313__  
Signature of Attorney or Litigant  
Counsel for __Pinnacle Development Number 19, L.P.__  
__Law Office of Michael C. Fallon__  
__100 E Street, Suite 219__  
__Santa Rosa, CA 95404__  
__(707) 546-6770 Fax:(707) 546-5775__  
__mcfallon@fallonlaw.net__